### CASE OF ELIPHALET P. HARTSHORN, MEMBER FROM BOSTON.

Petition against an election, upon an understanding between the parties, allowed to be withdrawn.

THE committee on elections reported, "That Charles Partridge and others, inhabitants of Boston, petitioners against the right of Eliphalet P. Hartshorn to a seat in this house, appeared before the committee by their counsel, and stated, that, by an understanding between the parties, the petition was to be withdrawn.

The committee therefore report, That the request of the petitioners be granted, and that they have leave to withdraw their petition."

This report was agreed to.[2]